# CHRISTIAN H. DRIBUSCH
### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING  
FIVE CLINTON SQUARE  
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996  
EMAIL: CDRIBUSCH@NYCAP.RR.COM

JULY 23, 2010

Re:   In re SWEET, CRAIG A, JR  
      SWEET, SUSAN L  
      Case No. 08-12546-REL-7  
      Debtor(s) Social Security Number(s)- Last 4 digits  
      Debtor SSN: xxx-xx-7901    Joint Debtor SSN: xxx-xx-5923

Dear Fane & Barber,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | 2,043.00 | 2,043.00 | Total Payment - This Distribution: 77.61 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch  
Christian H. Dribusch, Trustee

Fane & Barber  
PO Box 393  
117 McIntyre Street  
Fort Edward, NY 12828

7/23/2010 10:28:27 AM

[Stamp: 2011 MAR 21 PM 2:33 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY]  
[Stamp: REC'D & FILED]  
[Handwritten: pd, 3/21/11]